JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS WILFREDO VILLAR GUERRA, | Case No. 5:25-cv-3576-DOC-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| KRISTI NOEM, ET AL., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: March 3, 2026

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE